```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 11951
   MICHAEL KATZENBACH
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
           Debtor
     SSN XXX-XX-6300
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/25/04 and confirmed on 06/22/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  31961.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 19030.48 | .00 | 19030.48 |
| DICKLER KAHN SLOWIKOWSKI | SECURED | 7958.24 | .00 | 7958.24 |
| DICKLER KAHN SLOWIKOWSKI | SECURED | 1357.00 | .00 | 1357.00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 28345.72 | .00 | .00 | .00 | 28345.72 |
| PRINCIPAL PAID | 28345.72 | .00 | .00 | .00 | 28345.72 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 28345.72 | .00 | .00 | .00 | 28345.72 |

The Debtor's attorney, BRADLEY COVEY                 , was allowed $   3151.00
and was paid $    806.00  direct and $   2345.00  through the plan.

The Trustee received $   1259.45 .

Refunds to the Debtor totaled $     10.83 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/09/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 04 B 11951 MICHAEL KATZENBACH
```